UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23453-PCH

RAMESH MADHUSUDAN,

    *Plaintiff*,

v.

JAMES GERVASI,

    *Defendant*.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on Defendant James Gervasi's Motion to Dismiss Amended Complaint [ECF No. 13] (the "Motion"), filed on October 25, 2023. Plaintiff Ramesh Madhusudan filed his Response in Opposition to the Motion [ECF No. 14] (the "Response") on November 9, 2023, and Defendant filed his Reply in Support of the Motion [ECF No. 15] (the "Reply") on November 16, 2023.

In the Motion, Defendant argued, among other things, that the Amended Complaint [ECF No. 12] should be dismissed because the Court lacks personal jurisdiction over him. *See* Motion at 2–4. Plaintiff's Response only addressed that argument by asserting that Defendant waived any objection as to lack of personal jurisdiction when he failed to raise it in his motion to dismiss the original complaint in this matter. *See* Response at 2–3. Defendant's Reply, in turn, argues that Defendant has not waived the lack-of-personal-jurisdiction objection, and reasserts the arguments for why the Court lacks personal jurisdiction over Defendant. *See* Reply at 4–6. In light of the lack of briefing by Plaintiff on Defendant's substantive argument regarding personal jurisdiction, the Court finds it appropriate for Plaintiff to respond to the merits of Defendant's argument that the Court lacks personal jurisdiction over him, and, therefore, it is

**ORDERED AND ADJUDGED** that Plaintiff shall file a sur-reply to the Motion by **November 23, 2023**, not exceeding five (5) pages, and only addressing Defendant's argument as to the Court's lack of personal jurisdiction over Defendant.

**DONE AND ORDERED** in Miami, Florida, on November 17, 2023.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record